UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUANA LENOIR,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. ED CV 12-01120 JAK (RZ)<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

    By order filed April 2, 2013, Defendant was ordered to file an Amended Notice Setting Hearing on Defendant's Motion to Dismiss Case in compliance with Local Rules 6 and 7 and the Court's Order re Further Proceedings, ¶ 11.  The docket shows that, as late as the date of this Order, Defendant has not filed an Amended Notice Setting Hearing.  Defendant has failed to comply with the Court's orders.

    Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, Defendant shall show cause in writing why she should not be sanctioned including but not limited to an order that the motion to dismiss be denied.

    DATED: April 22, 2013

                     _____
                       RALPH ZAREFSKY
                     UNITED STATES MAGISTRATE JUDGE