# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-01120-DFM | Date | January 9, 2014 |
|---|---|---|---|
| Title | Tijuana Lenoir v. Carolyn Colvin, Commissioner | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   (In Chambers) Order to Show Cause

In its July 20, 2012 Order Regarding Further Proceedings, the Court ordered Plaintiff to file and serve her memorandum in support of her complaint within 30 days after service of Defendant's answer. Dkt. 6 at 2. The answer was served and filed on September 6, 2013. Plaintiff's memorandum in support her complaint was accordingly due by October 6, 2013.

On October 30, 2013, having not received Plaintiff's memorandum, the Court issued an show-cause order (OSC) directing Plaintiff to demonstrate good cause, if any existed, why Plaintiff did not timely file her memorandum and why this Court should not dismiss Plaintiff's action for failure to prosecute and failure to abide by the Court's July 20 Order. The Court gave Plaintiff a deadline of November 21, 2013, to respond to the OSC.

On November 21, 2013, the Court received Plaintiff's response to its OSC. Plaintiff explained that health reasons had prevented her from complying with the Court's deadline. On December 2, 2013, the Court issued an order discharging its OSC and ordering Plaintiff to file her memorandum within ten days, or by December 12, 2013.

It is now four weeks past that most recent deadline; Plaintiff's memorandum has not been received by the Court. Accordingly, on or before January 24, 2014, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists why Plaintiff did not timely file her memorandum in support of her complaint, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file her memorandum in support of her complaint in the format specified in the July 20, 2012 Order. **Plaintiff is expressly forewarned that if she fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution warranting a dismissal.**

|  | : |  |
|---|---|---|
| Initials of Clerk | ts | |